**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| IN RE: ESTATE OF HELEN HARPER | : | No. 507 MAL 2022 |
| | : | |
| | : | |
| PETITION OF: ROBERT J. HARPER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |


## ORDER


**PER CURIAM**

     **AND NOW**, this 17th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.